# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: BAJGROWICZ, CHRISTIAN MICHAEL § | Case No. 10-75778 |
| BAJGROWICZ, TINA YUN § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE               , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

    The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 06/15/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  05/09/2011           By:  /s/BERNARD J. NATALE
                                                       Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BAJGROWICZ, CHRISTIAN MICHAEL § Case No. 10-75778
BAJGROWICZ, TINA YUN §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,429.90 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,429.90 |
| **Balance on hand:** | $ 10,429.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,429.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,792.99 | 0.00 | 1,792.99 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,103.75 | 0.00 | 2,103.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 53.66 | 0.00 | 53.66 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,950.40 |
| Remaining balance: | $ 6,479.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $    6,479.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $        0.00
Remaining balance:   $    6,479.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 135,472.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 1,050.32 | 0.00 | 50.24 |
| 2 | Discover Bank | 4,460.82 | 0.00 | 213.36 |
| 3 | Discover Bank | 1,856.34 | 0.00 | 88.79 |
| 4 | Discover Bank | 3,376.12 | 0.00 | 161.48 |
| 5 | State Farm Bank | 10,925.35 | 0.00 | 522.55 |
| 6 | Chase Bank USA, N.A. | 1,292.36 | 0.00 | 61.81 |
| 7 | Chase Bank USA, N.A. | 3,014.30 | 0.00 | 144.17 |
| 8 | Capital One Bank (USA), N.A. | 3,990.97 | 0.00 | 190.88 |
| 9 | Capital One Bank (USA), N.A. | 5,116.68 | 0.00 | 244.72 |
| 10 | American Infosource Lp As Agent for Wfnnb | 3,277.37 | 0.00 | 156.75 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | American Infosource Lp As Agent for Wfnnb | 608.76 | 0.00 | 29.12 |
| 12 | American Infosource Lp As Agent for Wfnnb | 2,973.94 | 0.00 | 142.24 |
| 13 | American Infosource Lp As Agent for Wfnnb | 2,058.17 | 0.00 | 98.44 |
| 14 | Chase Bank USA, N.A. | 7,998.99 | 0.00 | 382.58 |
| 15 | Chase Bank USA, N.A. | 345.33 | 0.00 | 16.52 |
| 16 | American Express Bank, FSB | 452.51 | 0.00 | 21.64 |
| 17 | American Express Bank, FSB | 1,023.75 | 0.00 | 48.96 |
| 18 | American Express Bank, FSB | 1,060.70 | 0.00 | 50.73 |
| 19 | PYOD LLC as assignee of Citibank, NA | 12,295.12 | 0.00 | 588.06 |
| 20 | PYOD LLC as assignee of Citibank, NA | 9,468.94 | 0.00 | 452.89 |
| 21 | PYOD LLC as assignee of Citibank, NA | 10,766.19 | 0.00 | 514.93 |
| 22 | PYOD LLC as assignee of Citibank, NA | 13,210.75 | 0.00 | 631.85 |
| 23 | PYOD LLC as assignee of Citibank, NA | 15,225.53 | 0.00 | 728.22 |
| 24 | FIA Card Services, NA/Bank of America | 11,465.46 | 0.00 | 548.38 |
| 25 | GE Money Bank | 2,667.25 | 0.00 | 127.57 |
| 26 | GE Money Bank | 2,765.18 | 0.00 | 132.26 |
| 27 | GE Money Bank | 1,808.94 | 0.00 | 86.52 |
| 28 | PYOD LLC as assignee of Citibank, NA | 916.50 | 0.00 | 43.84 |

Total to be paid for timely general unsecured claims:   $    6,479.50
Remaining balance:   $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                      Case No. 10-75778-MB
Christian Michael Bajgrowicz                                Chapter 7
Tina Yun Bajgrowicz
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-3         User: vgossett             Page 1 of 2          Date Rcvd: May 27, 2011
                             Form ID: pdf006            Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2011.
db/jdb       +Christian Michael Bajgrowicz,   Tina Yun Bajgrowicz,   4360 Bunker Hill Drive,
               Algonquin, IL 60102-6216
aty          +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Erick J Bohlman,   Bohlman Law Offices, PC,   780 McArdle Dr.,   Unit F,
               Crystal Lake, IL 60014-8155
aty          +Scott E Hillison,   Bernard J Natale, Ltd,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
16456818     +Alexian Brothers - Arlington Height,    3040 Salt Creek Lane,   Arlington Heights, IL 60005-1069
16456819     +Alexian Pediatric Specialty Group,    3040 Salt Creek Lane,   Arlington Heights, IL 60005-1069
16456820     +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
16816132      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16456823     +Bank Of America,   Po Box 15026,   Wilmington, DE 19850-5026
16456824     +Bill Me Later,   PO Box 5018,   Lutherville Timonium, MD 21094-5018
16456825     +Blue Cross & Blue Shield of Illinoi,   PO Box 23060,   Belleville, IL 62223-0060
16678869      Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
               Oklahoma City, OK 73124-8839
16456828     +Carron & Hodack Dental LLC,   152 N Randall Rd,   Lake in the Hills, IL 60156-4471
16456829     +Centegra Health System,   Attn: Bankruptcy Dept.,   PO Box 5995,   Peoria, IL 61601-5995
16456831     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16456830     +Chase,   9451 Corbin Avenue,   Northridge, CA 91324-1665
16677293      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16456835     +Children’s Memorial Medical Group,   467 West Deming Place,   Chicago, IL 60614-1881
16456836     +Children’s Surgical Foundation,   2300 N Childrens Plz # 25,   Chicago, IL 60614-3363
16456837     +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16456840     +Citicards,   Po Box 6241,   Sioux Falls, SD 57117-6241
16456847     +Macys/fdsb,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
16456848     +Manchester Lake HOA,   1250 East Diehl Road, Suite 405,   Naperville, IL 60563-9389
16456849     +Nissn Inf Lt,   Attn: Bankruptcy,   8900 Freeport Parkway,   Irving, TX 75063-2438
16456851     +NorthShore Univ Health System,   9532 Eagle Way,   Chicago, IL 60678-1095
16456852     +Northshore University Health System,   Evanston Hospital,   2650 Ridge Avenue,
               Evanston, IL 60201-1781
16900070      PYOD LLC as assignee of Citibank, NA,   c/o Resurgent Capital Services,   P.O. Box 10587,
               Greenville, SC 29603-0587
17015063     +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16456853     +Pediatrics Anesthesia Association,   2300 N Childrens Plaza,   Chicago, IL 60614-3363
16456854      Sears/cbsd,   133200 Smith Rd,   Cleveland, OH 44130
16456855     +St. Alexians Medical Center,   1555 Barrington Road,   Hoffman Estates, IL 60169-1099
16633044      State Farm Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16456856     +State Farm Financial S,   Po Box 2316,   Bloomington, IL 61702-2316
16456857     +The Limited,   Po Box 330066,   Northglenn, CO 80233-8066
16456858     +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
16456859     +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16456860     +Victoria’s Secret,   Po Box 182124,   Columbus, OH 43218-2124
16456861     +Wfnnb/ann Taylor,   Po Box 182273,   Columbus, OH 43218-2273
16456862     +Wfnnb/express,   Po Box 182124,   Columbus, OH 43218-2124
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16456822      E-mail/Text: ebnbankruptcy@ahm.honda.com May 27 2011 22:47:51     American Honda Finance,
               Attn: Bankruptcy,   3625 West Royal Lane Suite 200,   Irving, TX 75063
16690735      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2011 23:57:37
               American Infosource Lp As Agent for Wfnnb,   As Assignee of,   Ann Taylor,   PO Box 248872,
               Oklahoma City, OK 73124-8872
16690729      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2011 23:57:37
               American Infosource Lp As Agent for Wfnnb,   As Assignee of,   Limited,   PO Box 248872,
               Oklahoma City, OK 73124-8872
16690732      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2011 23:57:37
               American Infosource Lp As Agent for Wfnnb,   As Assignee of,   Victoria’s Secret,
               PO Box 248872,   Oklahoma City, OK 73124-8872
16690727      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2011 23:57:37
               American Infosource Lp As Agent for Wfnnb,   As Assignee of,   Express,   PO Box 248872,
               Oklahoma City, OK 73124-8872
16456826     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2011 23:57:37     Capital One, N.a.,
               C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
16595273      E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2011 00:02:30     Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
16456841     +E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2011 00:02:30     Discover Fin,
               Attention: Bankruptcy Department,   Po Box 6103,   Carol Stream, IL 60197-6103
```

```
District/off: 0752-3           User: vgossett              Page 2 of 2                   Date Rcvd: May 27, 2011
                               Form ID: pdf006             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16991414       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2011 23:57:37
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16993776       E-mail/PDF: gecsedi@recoverycorp.com May 28 2011 00:04:40      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16456844      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2011 00:04:40      Gemb/banana Rep,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
16456845      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2011 00:04:39      Gemb/gap,    Po Box 981400,
               El Paso, TX 79998-1400
16456846      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2011 00:04:40      Gemb/oldnavydc,     Po Box 981400,
               El Paso, TX 79998-1400
16456850      +E-mail/Text: bnc@nordstrom.com May 27 2011 22:47:05      Nordstrom FSB,
               Attention:  Bankruptcy Department,    Po Box 6555,    Englewood, CO 80155-6555
16594757      +E-mail/Text: bnc@nordstrom.com May 27 2011 22:47:05      Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
16456821*     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16816133*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16816134*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16456827*     +Capital One, N.a.,    C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16456832*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16456833*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16456834*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16456838*     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16456839*     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16456842*     +Discover Fin,    Attention: Bankruptcy Department,    Po Box 6103,    Carol Stream, IL 60197-6103
16456843*     +Discover Fin,    Attention: Bankruptcy Department,    Po Box 6103,    Carol Stream, IL 60197-6103
                                                                                  TOTALS: 0, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2011**               **Signature:** _Joseph Speetjens_