# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 10-75778  
**Debtor Name:** BAJGROWICZ, CHRISTIAN MICHAEL  
Page: 1  
**Date:** June 15, 2011  
**Time:** 01:42:48 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $10,420.16 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 53.66 | 0.00 | 53.66 | 53.66 | 10,366.50 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,103.75 | 0.00 | 2,103.75 | 2,103.75 | 8,262.75 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 1,792.99 | 0.00 | 1,792.99 | 1,792.99 | 6,469.76 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 3,950.40 | 0.00 | 3,950.40 | 3,950.40 | |
| 1 | Nordstrom fsb | Unsecured | 1,050.32 | 0.00 | 1,050.32 | 50.17 | 6,419.59 |
| 2 | Discover Bank | Unsecured | 4,460.82 | 0.00 | 4,460.82 | 213.03 | 6,206.56 |
| 3 | Discover Bank | Unsecured | 1,856.34 | 0.00 | 1,856.34 | 88.65 | 6,117.91 |
| 4 | Discover Bank | Unsecured | 3,376.12 | 0.00 | 3,376.12 | 161.23 | 5,956.68 |
| 5 | State Farm Bank | Unsecured | 10,925.35 | 0.00 | 10,925.35 | 521.76 | 5,434.92 |
| 6 | Chase Bank USA, N.A. | Unsecured | 1,292.36 | 0.00 | 1,292.36 | 61.72 | 5,373.20 |
| 7 | Chase Bank USA, N.A. | Unsecured | 3,014.30 | 0.00 | 3,014.30 | 143.95 | 5,229.25 |
| 8 | Capital One Bank (USA), N.A. | Unsecured | 3,990.97 | 0.00 | 3,990.97 | 190.60 | 5,038.65 |
| 9 | Capital One Bank (USA), N.A. | Unsecured | 5,116.68 | 0.00 | 5,116.68 | 244.36 | 4,794.29 |
| 10 | American Infosource Lp As Agent for Wfnnb | Unsecured | 3,277.37 | 0.00 | 3,277.37 | 156.52 | 4,637.77 |
| 11 | American Infosource Lp As Agent for Wfnnb | Unsecured | 608.76 | 0.00 | 608.76 | 29.07 | 4,608.70 |
| 12 | American Infosource Lp As Agent for Wfnnb | Unsecured | 2,973.94 | 0.00 | 2,973.94 | 142.03 | 4,466.67 |
| 13 | American Infosource Lp As Agent for Wfnnb | Unsecured | 2,058.17 | 0.00 | 2,058.17 | 98.29 | 4,368.38 |
| 14 | Chase Bank USA, N.A. | Unsecured | 7,998.99 | 0.00 | 7,998.99 | 382.01 | 3,986.37 |
| 15 | Chase Bank USA, N.A. | Unsecured | 345.33 | 0.00 | 345.33 | 16.49 | 3,969.88 |
| 16 | American Express Bank, FSB | Unsecured | 452.51 | 0.00 | 452.51 | 21.61 | 3,948.27 |
| 17 | American Express Bank, FSB | Unsecured | 1,023.75 | 0.00 | 1,023.75 | 48.89 | 3,899.38 |
| 18 | American Express Bank, FSB | Unsecured | 1,060.70 | 0.00 | 1,060.70 | 50.66 | 3,848.72 |
| 19 | PYOD LLC as assignee of Citibank, NA | Unsecured | 12,295.12 | 0.00 | 12,295.12 | 587.18 | 3,261.54 |
| 20 | PYOD LLC as assignee of Citibank, NA | Unsecured | 9,468.94 | 0.00 | 9,468.94 | 452.21 | 2,809.33 |
| 21 | PYOD LLC as assignee of Citibank, NA | Unsecured | 10,766.19 | 0.00 | 10,766.19 | 514.16 | 2,295.17 |
| 22 | PYOD LLC as assignee of Citibank, NA | Unsecured | 13,210.75 | 0.00 | 13,210.75 | 630.90 | 1,664.27 |
| 23 | PYOD LLC as assignee of Citibank, NA | Unsecured | 15,225.53 | 0.00 | 15,225.53 | 727.12 | 937.15 |
| 24 | FIA Card Services, NA/Bank of America | Unsecured | 11,465.46 | 0.00 | 11,465.46 | 547.55 | 389.60 |
| 25 | GE Money Bank | Unsecured | 2,667.25 | 0.00 | 2,667.25 | 127.38 | 262.22 |
| 26 | GE Money Bank | Unsecured | 2,765.18 | 0.00 | 2,765.18 | 132.06 | 130.16 |

# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 10-75778　　　　　　　　　　　　Page: 2　　　　　　　　　　　　**Date:** June 15, 2011
**Debtor Name:** BAJGROWICZ, CHRISTIAN MICHAEL　　　　　　　　　　　　　　　　**Time:** 01:42:48 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
| 27 | GE Money Bank | Unsecured | 1,808.94 | 0.00 | 1,808.94 | 86.39 | 43.77 |
| 28 | PYOD LLC as assignee of Citibank, NA | Unsecured | 916.50 | 0.00 | 916.50 | 43.77 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 135,472.64 | 0.00 | 135,472.64 | 6,469.76 |  |
| << Totals >> |  |  | 139,423.04 | 0.00 | 139,423.04 | 10,420.16 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**　　　　　　　　　　100.000000%
**Unsecured**　　　　　　　　　　　　　　　4.775695%