# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BAJGROWICZ, CHRISTIAN MICHAEL § Case No. 10-75778
      BAJGROWICZ, TINA YUN § 
       §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $420,215.16 *(without deducting any secured claims)* | Assets Exempt: $169,264.25 |
| Total Distribution to Claimants: $6,469.76 | Claims Discharged Without Payment: $147,912.37 |
| Total Expenses of Administration: $3,960.26 | |

    3) Total gross receipts of $ 10,430.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,430.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $256,913.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,960.26 | 3,960.26 | 3,960.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 150,333.49 | 135,472.64 | 135,472.64 | 6,469.76 |
| **TOTAL DISBURSEMENTS** | $407,246.49 | $139,432.90 | $139,432.90 | $10,430.02 |

4) This case was originally filed under Chapter 7 on November 22, 2010. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2011            By: /s/BERNARD J. NATALE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| IRA CollegeAmerica (College Savings for Minors) | 1129-000 | 10,429.68 |
| Interest Income | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | **$10,430.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Manchester Lake HOA | 4110-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 256,871.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$256,913.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 53.66 | 53.66 | 53.66 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,103.75 | 2,103.75 | 2,103.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,792.99 | 1,792.99 | 1,792.99 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | | N/A | 9.86 | 9.86 | 9.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 3,960.26 | 3,960.26 | 3,960.26 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | 964.00 | 1,050.32 | 1,050.32 | 50.17 |
| 2 | Discover Bank | 7100-000 | 4,445.00 | 4,460.82 | 4,460.82 | 213.03 |
| 3 | Discover Bank | 7100-000 | 1,821.00 | 1,856.34 | 1,856.34 | 88.65 |
| 4 | Discover Bank | 7100-000 | 3,353.00 | 3,376.12 | 3,376.12 | 161.23 |
| 5 | State Farm Bank | 7100-000 | 10,773.00 | 10,925.35 | 10,925.35 | 521.76 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 1,226.00 | 1,292.36 | 1,292.36 | 61.72 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 2,955.00 | 3,014.30 | 3,014.30 | 143.95 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 3,874.00 | 3,990.97 | 3,990.97 | 190.60 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 5,035.00 | 5,116.68 | 5,116.68 | 244.36 |
| 10 | American Infosource Lp As Agent for Wfnnb | 7100-000 | 3,086.00 | 3,277.37 | 3,277.37 | 156.52 |
| 11 | American Infosource Lp As Agent for Wfnnb | 7100-000 | 527.00 | 608.76 | 608.76 | 29.07 |
| 12 | American Infosource Lp As Agent for Wfnnb | 7100-000 | 2,795.00 | 2,973.94 | 2,973.94 | 142.03 |
| 13 | American Infosource Lp As Agent for Wfnnb | 7100-000 | 1,905.00 | 2,058.17 | 2,058.17 | 98.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Chase Bank USA, N.A. | 7100-000 | 7,904.00 | 7,998.99 | 7,998.99 | 382.01 |
| 15 | Chase Bank USA, N.A. | 7100-000 | 312.00 | 345.33 | 345.33 | 16.49 |
| 16 | American Express Bank, FSB | 7100-000 | 389.00 | 452.51 | 452.51 | 21.61 |
| 17 | American Express Bank, FSB | 7100-000 | 962.00 | 1,023.75 | 1,023.75 | 48.89 |
| 18 | American Express Bank, FSB | 7100-000 | N/A | 1,060.70 | 1,060.70 | 50.66 |
| 19 | PYOD LLC as assignee of Citibank, NA | 7100-000 | 12,114.00 | 12,295.12 | 12,295.12 | 587.18 |
| 20 | PYOD LLC as assignee of Citibank, NA | 7100-000 | 9,342.00 | 9,468.94 | 9,468.94 | 452.21 |
| 21 | PYOD LLC as assignee of Citibank, NA | 7100-000 | 10,578.00 | 10,766.19 | 10,766.19 | 514.16 |
| 22 | PYOD LLC as assignee of Citibank, NA | 7100-000 | 13,070.00 | 13,210.75 | 13,210.75 | 630.90 |
| 23 | PYOD LLC as assignee of Citibank, NA | 7100-000 | 14,791.00 | 15,225.53 | 15,225.53 | 727.12 |
| 24 | FIA Card Services, NA/Bank of America | 7100-000 | 11,336.00 | 11,465.46 | 11,465.46 | 547.55 |
| 25 | GE Money Bank | 7100-000 | 2,582.00 | 2,667.25 | 2,667.25 | 127.38 |
| 26 | GE Money Bank | 7100-000 | 2,684.00 | 2,765.18 | 2,765.18 | 132.06 |
| 27 | GE Money Bank | 7100-000 | 1,739.00 | 1,808.94 | 1,808.94 | 86.39 |
| 28 | PYOD LLC as assignee of Citibank, NA | 7100-000 | 862.00 | 916.50 | 916.50 | 43.77 |
| NOTFILED | Alexian Pediatric Specialty Group | 7100-000 | 232.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers - Arlington Height | 7100-000 | 17.27 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 931.45 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross & Blue Shield of Illinoi | 7100-000 | 1,253.00 | N/A | N/A | 0.00 |
| NOTFILED | Pediatrics Anesthesia Association | 7100-000 | 33.16 | N/A | N/A | 0.00 |
| NOTFILED | Northshore University Health System Evanston Hospital | 7100-000 | 286.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexians Medical Center | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | NorthShore Univ Health System | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 10,108.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb | 7100-000 | 1,864.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 196.12 | N/A | N/A | 0.00 |
| NOTFILED | Carron & Hodack Dental LLC | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| NOTFILED | Children's Memorial Medical Group | 7100-000 | 1,290.79 | N/A | N/A | 0.00 |
| NOTFILED | Children's Surgical Foundation | 7100-000 | 74.70 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 150,333.49 | 135,472.64 | 135,472.64 | 6,469.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75778  
**Case Name:** BAJGROWICZ, CHRISTIAN MICHAEL  
BAJGROWICZ, TINA YUN  
**Period Ending:** 08/17/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 11/22/10 (f)  
**§341(a) Meeting Date:** 12/21/10  
**Claims Bar Date:** 03/24/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4360 Bunker Hill Drive Algonquin, IL 60102 | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Citibank, Lake in the Hill | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Citibank, Lake in the Hills | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account Harris Bank | 10.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household goods with debtors | 1,150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. clothes with debtors | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. jewelry with debtors | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term life insurance with The Northwestern Mutual | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Whole life insurance with The Northwestern Mutua | 3,783.00 | 3,783.00 | DA | 0.00 | FA |
| 10 | 65 Life Insurance with The Northwestern Mutual L | 186.00 | 186.00 | DA | 0.00 | FA |
| 11 | 65 Life Insurance with The Northwestern Mutual L | 1,218.00 | 1,218.00 | DA | 0.00 | FA |
| 12 | Whole life insurance with The Northwestern Mutua | 18,801.00 | 18,801.00 | DA | 0.00 | FA |
| 13 | IRA CollegeAmerica (College Savings for Minors) | 13,037.09 | 0.00 | | 10,429.68 | FA |
| 14 | IRA American Funds | 117,867.16 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.34 | FA |
| 15 | Assets Totals (Excluding unknown values) | $433,252.25 | $23,988.00 | | $10,430.02 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE TO LIQUIDATE NON EXEMPT COLLEGE SAVINGS ACCOUNT

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** May 9, 2011 (Actual)

Printed: 08/17/2011 11:56 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-75778  
**Case Name:** BAJGROWICZ, CHRISTIAN MICHAEL  
BAJGROWICZ, TINA YUN  
**Taxpayer ID #:** **-***4594  
**Period Ending:** 08/17/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/11 | {13} | American Funds | Pymt on Compromise Re: College Savings | 1129-000 | 500.00 | | 500.00 |
| 02/07/11 | {13} | American Funds | Pymt on Compromise Re: College Savings | 1129-000 | 529.68 | | 1,029.68 |
| 02/07/11 | {13} | American Funds | Pymt on Compromise Re: College Savings | 1129-000 | 1,800.00 | | 2,829.68 |
| 02/07/11 | {13} | American Funds | Pymt on Compromise Re: College Savings | 1129-000 | 3,800.00 | | 6,629.68 |
| 02/07/11 | {13} | American Funds | Pymt on Compromise Re: College Savings | 1129-000 | 3,800.00 | | 10,429.68 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 10,429.74 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,429.82 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,429.90 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,429.98 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-75778, BOND #016018067 | 2300-000 | | 9.86 | 10,420.12 |
| 06/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 10,420.16 |
| 06/14/11 | | To Account #9200******7366 | Transfer for Final Distribution | 9999-000 | | 10,420.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,430.02 | 10,430.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,420.16 | |
| | | | **Subtotal** | | 10,430.02 | 9.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,430.02** | **$9.86** | |

{} Asset reference(s)    Printed: 08/17/2011 11:56 AM   V.12.57

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75778  
**Case Name:** BAJGROWICZ, CHRISTIAN MICHAEL  
BAJGROWICZ, TINA YUN  
**Taxpayer ID #:** **-***4594  
**Period Ending:** 08/17/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/11 | | From Account #9200******7365 | Transfer for Final Distribution | 9999-000 | 10,420.16 | | 10,420.16 |
| 06/16/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,792.99, Trustee Compensation; Reference: | 2100-000 | | 1,792.99 | 8,627.17 |
| 06/16/11 | 102 | Nordstrom fsb | Distribution paid 4.77% on $1,050.32; Claim# 1; Filed: $1,050.32; Reference: 4558 | 7100-000 | | 50.17 | 8,577.00 |
| 06/16/11 | 103 | State Farm Bank | Distribution paid 4.77% on $10,925.35; Claim# 5; Filed: $10,925.35; Reference: 9290 | 7100-000 | | 521.76 | 8,055.24 |
| 06/16/11 | 104 | American Infosource Lp As Agent for Wfnnb | Distribution paid 4.77% on $3,277.37; Claim# 10; Filed: $3,277.37; Reference: 6166 | 7100-000 | | 156.52 | 7,898.72 |
| 06/16/11 | 105 | American Infosource Lp As Agent for Wfnnb | Distribution paid 4.77% on $608.76; Claim# 11; Filed: $608.76; Reference: 6459 | 7100-000 | | 29.07 | 7,869.65 |
| 06/16/11 | 106 | American Infosource Lp As Agent for Wfnnb | Distribution paid 4.77% on $2,973.94; Claim# 12; Filed: $2,973.94; Reference: 2222 | 7100-000 | | 142.03 | 7,727.62 |
| 06/16/11 | 107 | American Infosource Lp As Agent for Wfnnb | Distribution paid 4.77% on $2,058.17; Claim# 13; Filed: $2,058.17; Reference: 6569 | 7100-000 | | 98.29 | 7,629.33 |
| 06/16/11 | 108 | FIA Card Services, NA/Bank of America | Distribution paid 4.77% on $11,465.46; Claim# 24; Filed: $11,465.46; Reference: 2792 | 7100-000 | | 547.55 | 7,081.78 |
| 06/16/11 | 109 | American Express Bank, FSB | Combined Check for Claims#16,17,18 | | | 121.16 | 6,960.62 |
| | | | Dividend paid 4.77% on 21.61 $452.51; Claim# 16; Filed: $452.51; Reference: 1003 - H HONORS | 7100-000 | | | 6,960.62 |
| | | | Dividend paid 4.77% on 48.89 $1,023.75; Claim# 17; Filed: $1,023.75; Reference: 1003 - COSTCO | 7100-000 | | | 6,960.62 |
| | | | Dividend paid 4.77% on 50.66 $1,060.70; Claim# 18; Filed: $1,060.70; Reference: 1000 | 7100-000 | | | 6,960.62 |
| 06/16/11 | 110 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,157.41 | 4,803.21 |
| | | | Dividend paid 100.00% 2,103.75 on $2,103.75; Claim# ATTY; Filed: $2,103.75 | 3110-000 | | | 4,803.21 |
| | | | Dividend paid 100.00% 53.66 on $53.66; Claim# EXP; Filed: $53.66 | 3120-000 | | | 4,803.21 |

Subtotals : $10,420.16   $5,616.95

{} Asset reference(s)

Printed: 08/17/2011 11:56 AM    V.12.57

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-75778 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | BAJGROWICZ, CHRISTIAN MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | BAJGROWICZ, TINA YUN | | Account: | 9200-******73-66 - Checking Account |
| Taxpayer ID #: | **-***4594 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 08/17/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/16/11 | 111 | Capital One Bank (USA), N.A. | Combined Check for Claims#8,9 | | | 434.96 | 4,368.25 |
| | | | Dividend paid 4.77% on 190.60 $3,990.97; Claim# 8; Filed: $3,990.97; Reference: 8803 | 7100-000 | | | 4,368.25 |
| | | | Dividend paid 4.77% on 244.36 $5,116.68; Claim# 9; Filed: $5,116.68; Reference: 4922 | 7100-000 | | | 4,368.25 |
| 06/16/11 | 112 | Chase Bank USA, N.A. | Combined Check for Claims#6,7,14,15 | | | 604.17 | 3,764.08 |
| | | | Dividend paid 4.77% on 61.72 $1,292.36; Claim# 6; Filed: $1,292.36; Reference: 4358 | 7100-000 | | | 3,764.08 |
| | | | Dividend paid 4.77% on 143.95 $3,014.30; Claim# 7; Filed: $3,014.30; Reference: 5761 | 7100-000 | | | 3,764.08 |
| | | | Dividend paid 4.77% on 382.01 $7,998.99; Claim# 14; Filed: $7,998.99; Reference: 9768 | 7100-000 | | | 3,764.08 |
| | | | Dividend paid 4.77% on 16.49 $345.33; Claim# 15; Filed: $345.33; Reference: 8630 | 7100-000 | | | 3,764.08 |
| 06/16/11 | 113 | Discover Bank | Combined Check for Claims#2,3,4 | | | 462.91 | 3,301.17 |
| | | | Dividend paid 4.77% on 213.03 $4,460.82; Claim# 2; Filed: $4,460.82; Reference: 1246 | 7100-000 | | | 3,301.17 |
| | | | Dividend paid 4.77% on 88.65 $1,856.34; Claim# 3; Filed: $1,856.34; Reference: 4817 | 7100-000 | | | 3,301.17 |
| | | | Dividend paid 4.77% on 161.23 $3,376.12; Claim# 4; Filed: $3,376.12; Reference: 1960 | 7100-000 | | | 3,301.17 |
| 06/16/11 | 114 | GE Money Bank | Combined Check for Claims#25,26,27 | | | 345.83 | 2,955.34 |
| | | | Subtotals : | | $0.00 | $1,847.87 | |

{} Asset reference(s)

Printed: 08/17/2011 11:56 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 10-75778 | **Trustee:** | BERNARD J. NATALE (330370) | |
| **Case Name:** | BAJGROWICZ, CHRISTIAN MICHAEL | **Bank Name:** | The Bank of New York Mellon | |
| | BAJGROWICZ, TINA YUN | **Account:** | 9200-******73-66 - Checking Account | |
| **Taxpayer ID #:** | **-***4594 | **Blanket Bond:** | $606,000.00  (per case limit) | |
| **Period Ending:** | 08/17/11 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid  4.77% on   127.38 $2,667.25;  Claim# 25; Filed: $2,667.25; Reference: 1335 | 7100-000 | | | 2,955.34 |
| | | | Dividend paid  4.77% on   132.06 $2,765.18;  Claim# 26; Filed: $2,765.18; Reference: 6799 | 7100-000 | | | 2,955.34 |
| | | | Dividend paid  4.77% on   86.39 $1,808.94;  Claim# 27; Filed: $1,808.94; Reference: 2010 | 7100-000 | | | 2,955.34 |
| 06/16/11 | 115 | PYOD LLC as assignee of Citibank, NA | Combined Check for Claims#19,20,21,22,23,28 | | | 2,955.34 | 0.00 |
| | | | Dividend paid  4.77% on   587.18 $12,295.12;  Claim# 19; Filed: $12,295.12; Reference: 7383 | 7100-000 | | | 0.00 |
| | | | Dividend paid  4.77% on   452.21 $9,468.94;  Claim# 20; Filed: $9,468.94; Reference: 9355 | 7100-000 | | | 0.00 |
| | | | Dividend paid  4.77% on   514.16 $10,766.19;  Claim# 21; Filed: $10,766.19; Reference: 2734 | 7100-000 | | | 0.00 |
| | | | Dividend paid  4.77% on   630.90 $13,210.75;  Claim# 22; Filed: $13,210.75; Reference: 4431 | 7100-000 | | | 0.00 |
| | | | Dividend paid  4.77% on   727.12 $15,225.53;  Claim# 23; Filed: $15,225.53; Reference: 3655 | 7100-000 | | | 0.00 |
| | | | Dividend paid  4.77% on   43.77 $916.50;  Claim# 28; Filed: $916.50; Reference: 9849 | 7100-000 | | | 0.00 |

Subtotals :            $0.00            $2,955.34

{} Asset reference(s)                                                                  Printed: 08/17/2011 11:56 AM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-75778  
**Case Name:** BAJGROWICZ, CHRISTIAN MICHAEL  
BAJGROWICZ, TINA YUN  
**Taxpayer ID #:** **-***4594  
**Period Ending:** 08/17/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,420.16 | 10,420.16 | $0.00 |
| | | | Less: Bank Transfers | | 10,420.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,420.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,420.16** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******73-65** | 10,430.02 | 9.86 | 0.00 |
| **Checking # 9200-******73-66** | 0.00 | 10,420.16 | 0.00 |
| | $10,430.02 | $10,430.02 | $0.00 |

{} Asset reference(s)

Printed: 08/17/2011 11:56 AM    V.12.57